Decided May 24, 1995

## STATE OF CONNECTICUT *v.* JAMES FLEMING, JR.

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 556 (AC 11816), is denied.

BERDON, J., dissenting. I would grant certification to appeal in order to review the following issues:

1. Whether the out-of-court statement of the witness admitted into evidence for substantive purposes under

*State* v. *Whelan,* 200 Conn. 743 (1986), met the test for reliability.

2. Whether the Appellate Court correctly concluded that the trial court properly admitted into evidence a .22 caliber revolver as having probative value that outweighed any prejudicial effect.

3. Whether we should repudiate the "missing witness rule," first set forth in *Secondino* v. *New Haven Gas Co.,* 147 Conn. 672 (1960).

*Shannon O. Louden, Barbara Jacobs* and *Linda L. Morkan,* in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided May 24, 1995